UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SAMUEL AARON COLLINS,

        Defendant.
_____/

Case No. 1:08-cr-274-08

HONORABLE PAUL L. MALONEY

## **MEMORANDUM OPINION AND ORDER**

Defendant Samuel Aaron Collins has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10(c).

Defendant's original guideline range was 144 months. His total offense level of 38 and criminal history category VI would normally result in a guideline range of 360 months to life, but the statutory maximum was 4 years on each of Counts 1, 2, and 3. U.S.S.G. § 5G1.2(b). Defendant was ultimately sentenced to 48 months on each of Counts 1 and 2, and to 36 months

on Count 3, to be served consecutively for a total of 132 months. After application of Amendment 782, the amended guideline range remains 144 months. In his response to the Sentence Modification Report, Defendant concedes that under Amendment 782 his guideline range remains the same. As the resulting guideline range has not been lowered by Amendment 782, the amendment is of no assistance to the defendant. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Samuel Aaron Collins' motion modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 890) is **DENIED**.

Date:  January 7, 2016                             /s/ Paul L. Maloney                    
                                                                      Paul L. Maloney
                                                                      United States District Judge